# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NAFIS QUAYE,                                     :    Civil No. 1:26-CV-00376
                                                 :
    Petitioner,                              :
                                                 :
v.                                               :
                                                 :
WARDEN OF FCI ALLENWOOD,                          :
                                                 :
    Respondent.                              :    Judge Jennifer P. Wilson

## <u>ORDER</u>

**AND NOW**, on this 9th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1.  The petition, Doc. 1, is **DISMISSED**.

2.  The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
